# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **PIPE FITTERS' RETIREMENT FUND, LOCAL 597**, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 16 C 10416 |
| **ORCHARD MECHANICAL LLC**, an Illinois limited liability company, | ) ) ) ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

Defendant Orchard Mechanical LLC ("Orchard") has just filed a Suggestion of Bankruptcy, reporting that on November 18 it had "filed a voluntary petition for relief under Chapter 7 of the United States Code with the United States Bankruptcy Court" for this District in Case No. 16-36868. Orchard's filing went on to state accurately that 11 U.S.C. § 362 mandates an automatic stay of this action, and this Court so orders.

That however does not obviate the need for this Court to maintain oversight of this still pending (although stayed) action against Orchard. Accordingly the previously-set status hearing of 9 a.m. January 12, 2017 will remain in effect. Even though the automatic stay precludes the issuance of any interim order against Orchard or its counsel, this Court would appreciate its counsel's possible attendance at that time as a matter of courtesy -- but if that is not contemplated, it is expected that plaintiffs' counsel will attend and will be in a position to report on the status of the bankruptcy case.

_____
Milton I. Shadur
Senior United States District Judge

Date: December 1, 2016